# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CUI | E1392337 | SALAZAR | 5847 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/26/2025 1052 HRS | 38 CFR 1.218(a)(7)(b)(18) |

**Place of Offense**
11301 WILSHIRE BLVD LOS ANGELES CA 90073

**Offense Description: Factual Basis for Charge** HAZMAT ☐
UNAUTHORIZED INTRODUCTION ON VA CONTROLLED PROPERTY OF DRUGS, AND BY PARAPHERNALIA

### DEFENDANT INFORMATION

**Last Name:** BICKNELL
**First Name:** ALAH
**M.I.:** M.

**Street Address:** [REDACTED]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** ROYBAL FEDERAL BUILDING, 255 E TEMPLE ST, LOS ANGELES CA 90012
**Date:** 7/2/2025
**Time:** 8:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1392337*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 26TH, 20 25 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHED STATEMENT

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/26/2025    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/28/2025 8:26
CVB SCAN 05/28/2025 8:26